UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL GASS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:07- 0265 |
| ) | Judge Echols |
| PRUDENTIAL FINANCIAL ) | |
| INSURANCE COMPANY OF ) | |
| AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum, the Court rules as follows:

(1) Defendant's Motion For Judgment On The Record (Docket Entry No. 16) is hereby GRANTED.

(2) Plaintiff's Motion For Judgment On The Record (Docket Entry No. 18) is hereby DENIED as untimely filed.

(3) The decision of The Prudential Insurance Company of America to terminate Plaintiff's long-term disability benefits is hereby AFFIRMED.

(4) This case is hereby DISMISSED WITH PREJUDICE.

(5) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE